SLIP OPINION

# SUPREME COURT OF ARKANSAS
#### No.

| | |
|---|---|
| IN RE APPELLATE MOTION ELECTRONIC-FILING PILOT PROJECT | **Opinion Delivered** June 18, 2015 |

## PER CURIAM

Administrative Order Number 21 encourages every court of this state to implement an electronic filing system and vests this court with the authority to adopt electronic filing in the appellate courts of this state. *See* Ark. Sup. Ct. Admin. Order No. 21(3)(a)(3)–(4). Pursuant to that Order, we announce our intent to implement an electronic filing system in this court and the court of appeals as soon as practicable. To that end, we authorize the establishment of an electronic-filing pilot project limited to select motions filed in the appellate courts to begin this summer as a first step toward mandatory electronic filing in the appellate courts. *See id.* § (3)(b).

Upon the Administrative Office of the Court's ("AOC") completion of the technical changes needed to provide electronic filing of motions in the appellate courts, parties shall be permitted to file and serve select motions and petitions, and any responses thereto, via the electronic system, eFlex, which is provided by the AOC. In the interim, however, parties will not be permitted to electronically file or serve any motion or petition that requires the payment of any fee as a prerequisite to the filing.

Parties who elect to file documents electronically shall be excused from the requirements of Arkansas Supreme Court Rule 2-1(b) regarding the filing of paper copies.

Should there be any other irreconcilable discrepancies between Administrative Order Number 21 and the Rules of the Supreme Court, Administrative Order Number 21 shall govern with respect to electronic filings until such time as the court amends the Rules to accommodate electronic filing. Additionally, the clerk of this court is authorized to promulgate and update policies and procedures for the implementation of this order and for the use and operation of the electronic-filing and document-management systems.

Persons with existing eFlex accounts will not be required to take any further steps to acquire electronic filing capabilities in the appellate courts. Persons who have not yet acquired an eFlex account should follow the AOC's registration requirements available at https://courts.arkansas.gov/administration/acap/efile to access the electronic filing system.